UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brian McGurty, | Civil No. 12-892 (RHK/SER) |
| Plaintiff, | **DISQUALIFICATION AND <u>ORDER FOR REASSIGNMENT</u>** |
| vs. | |
| Steven Hiebert, individually and official capacity, John Doe, Mr. Langer, individually and official capacity, Mr. Grey, individually and official capacity, City of Maplewood, a municipal corporation, Ryan M. Zipf, John B. Van de North, Jr., individually and official capacity, | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 12, 2012

                                                                          s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                           United States District Judge