## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BRIAN MCGURTY, | Civil No. 12-0892 (JRT/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STEVEN HIEBERT, JOHN DOE, MR. LANGER, MR. GREY, CITY OF MAPLEWOOD, RYAN M. ZIPF, AND JOHN B. VAN DE NORTH, JR., | |
| Defendants. | |

_____

Brian McGurty, Post Office Box 130593, Roseville, MN 55113, pro se plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated May 24, 2012 [Docket No. 5]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. McGurty's application for leave to proceed *in forma pauperis*, [Docket No. 2] be **DENIED**; and

2. This action be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2012
at Minneapolis, Minnesota

                                  s/John R. Tunheim
                                  JOHN R. TUNHEIM
                                United States District Judge